## Commonwealth ex rel. Young, Appellant, *v.* Myers.

Submitted July 6, 1964. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Austin Young,* petitioner, in propria persona.

*Peter F. Cianci,* First Assistant District Attorney, and *Frederick O. Brubaker,* District Attorney, for respondent.

OPINION PER CURIAM, November 10, 1964:

In the light of our decisions in *Commonwealth ex rel. O'Lock v. Rundle,* 415 Pa. 515, 204 A. 2d 439 (1964), and *Commonwealth ex rel. Goodfellow v. Rundle,* 415 Pa. 528, 204 A. 2d 446 (1964), allocatur is granted in the above case. The orders of the Superior Court and the Court of Common Pleas of Berks County are reversed and the record is remanded to the court of original jurisdiction with directions to issue the writ and order a retrial.